JUDGE PRESKA                      08 CV 01721

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ORLY CALDERON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

CASE NO.: _____

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Defendant, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

    Respectfully submitted,

    _____
    Brian A. Herman (BH-0731)

    *Attorney for Defendant, The Prudential Insurance Company of America*

1-PH/2842151.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on February 21, 2008, the foregoing Defendant's Rule 7.1 Corporate Disclosure was filed with the clerk of the Court and that a copy of Defendant's Rule 7.1 Corporate Disclosure was served via first class mail, upon the following:

>Jules A. Epstein, Esq.
>Jules A. Epstein, P.C.
>600 Old Country Road, Suite 505
>Garden City, New York 11530

_____
Ryan J. Cooper