```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ORLY CALDERON,                          :       08 CV 1721 (LAP)
                                        :
                    Plaintiff,          :       **MEMORANDUM**
                                        :
        v.                              :
                                        :
THE PRUDENTIAL INSURANCE COMPANY         :
AMERICA,                                :
                                        :
                    Defendant.          :
                                        :
------------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:

The parties are informed that the law firm in which my husband is a partner, Cahill Gordon & Reindel LLP, from time to time represents The Prudential Insurance Company of America and/or its affiliates, and he has worked on some of those matters.

SO ORDERED:

Dated: New York, New York
       February 29, 2008

                                             _/s/ Loretta A. Preska_
                                             LORETTA A. PRESKA, U.S.D.J.

CGRMEMPRU