MORGAN, LEWIS & BOCKIUS LLP
Ryan J. Cooper (RC-0477)
101 Park Avenue
New York, NY  10178-0060
(212) 309-6671
(212) 309-6001 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| ORLY CALDERON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | |
| | ) | Case No. 08-CV-1721 |
| PRUDENTIAL INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |

-------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Ryan J. Cooper, of Morgan, Lewis & Bockius LLP hereby appears as counsel of Defendant Prudential Insurance Company of America in the above-captioned action.

All papers in this action shall be served upon the undersigned at the address set forth below:

> Ryan J. Cooper (RC-0477)
> Morgan, Lewis & Bockius LLP
> 101 Park Avenue
> New York, NY  10178
> Tel:  (212) 309-6671
> Fax: (212) 309-6001

Dated: New York, New York
       March 25, 2008

                                                Respectfully submitted,
                                                MORGAN, LEWIS & BOCKIUS LLP

                                                By: /s/ Ryan J. Cooper
                                                      Ryan J. Cooper (RC-0477)
                                                       Morgan, Lewis & Bockius LLP
                                                       101 Park Avenue
                                                       New York, NY 10178
                                                       Tel: (212) 309-6671
                                                       Fax: (212) 309-6001