USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ORLY CALDERON,

    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Defendant.

CASE NO.: 08-CV-1721 (LAP)

## STIPULATION FOR EXTENSION OF TIME

It is hereby stipulated and agreed between the undersigned attorneys that the time within which Defendant may answer, move or otherwise respond to Plaintiff's Complaint is extended until April 28, 2008.

JULES A. EPSTEIN, P.C.

By: _____
Jules A. Epstein
600 Old Country Rd., Suite 505
Garden City, NY 11530
Tel.: (516) 745-1325
Fax: (516) 222-1499

Attorneys for Plaintiff
Orly Calderon

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Brian A. Herman (BH 0731)
101 Park Avenue
New York, New York 10178-0060
Tel.: (212) 309-6909
Fax: (212) 309-6001

Attorneys for Defendant
The Prudential Insurance Company of America

SO ORDERED:

*Loretta A. Preska*
Hon. Loretta A. Preska, U.S.D.J.

March 28, 2008