USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------x

ORLY CALDERON,                    )
                     Plaintiff,   )
                                  )        08 Civ. 1721 (LAP)
     - v. -                       )
                                  )        **ORDER**
THE PRUDENTIAL INSURANCE          )
COMPANY OF AMERICA,               )
                     Defendant.   )
--------------------------------------------------x
--------------------------------------------------x
THE PRUDENTIAL INSURANCE          )
COMPANY OF AMERICA,               )
                     Plaintiff,   )
                                  )        08 Civ. 2841 (DAB)
     - v. -                       )
                                  )
DEBORAH ABRAMOVSKY, ORLY          )
CALDERON, AVIVA ABRAMOVSKY,       )
ABBA ABRAMOVSKY, DOV              )
ABRAMOVSKY, and ARI               )
ABRAMOVSKY,                       )
                     Defendants.  )
--------------------------------------------------x

LORETTA A. PRESKA, U.S.D.J.

THIS MATTER coming before the Court upon the letter of Ryan J. Cooper, of Morgan,

Lewis & Bockius LLP, attorneys for The Prudential Insurance Company of America; and

THE COURT NOTING that both of the above-captioned matters involve the same

parties, the same property, and the same issues; and

THE COURT FURTHER NOTING that all parties consent to the consolidation of the

above-captioned matters as Calderon v. The Prudential Insurance Company of America, 08-cv-

1721;

IT IS, this **29**th day of April 2008, HEREBY

ORDERED that the above-captioned matters are consolidated for all purposes on the

docket 08 civ. 1721.

_Loretta a Preska_
LORETTA A. PRESKA, U.S.D.J.