## AFFIDAVIT

STATE OF NEW YORK    )
                            :       ss
COUNTY OF NEW YORK  )

ALBERT ANTENOR, being duly sworn, deposes and says:

1.      I am over the age of 18 years and am not a party in this action.

2.      On May 15, 2008, at approximately 4:00 p.m. at the offices of Madeline Lee Bryer PC, located at 60 East 42nd Street, New York, New York, 10017 I personally served a copy of the Summons and Complaint on Abba Abramovsky by leaving the same with Jonathan I. Edelstein.

3.      At the time of said service, Mr. Edelstein stated that he is authorized to accept service of the Summons and Complaint on behalf of Abba Abramovsky.

4.      Mr. Edelstein stated that Abba Abramovsky is an employee of his and he will deliver the Summons and Complaint to Mr. Abramovsky's address that evening.

5.      Mr. Edelstein may be described as a Cacausian male, approximately 50-60 years of age, 5'8" tall, 180 lbs. with dark hair.

6.      On May 16, 2008, I mailed a copy of the Summons and Complaint directed to Abba Abramovsky by placing the same in a first-class postage prepaid envelope properly addressed to Abba Abramovsky, c/o Madeline Lee Bryer PC, 60 East 42nd Street, New York, New York 10017 and depositing it into a regularly maintained depository under the exclusive care and custody of the United States Postal Service, located in the city, county and state of New York.

7. The envelope bore the legend personal and confidential and did not indicate on the outside or otherwise that it was from an attorney or involved  a lawsuit.

_____
ALBERT ANTENOR

Sworn to me this
____day of _____2008

_____
Notary Public

1-NY/2315393.1

CHARLES M. CALVARUSO
Notary Public, State of New York
No. 31-4818473
Qualified in New York County
Commission Expires August 31, 2010