UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Calderon

v.

Prudential Inc. Co.

MAILED TO COUNSEL

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

08 Civ. 1721 (LAP)(HP)*
08 Civ 2841 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Ju
The purpose(s) for reference is/are the following:

_____ General Pretrial/Including Initial Case Management Conference

_____ Trials under 28 U.S.C. § 636 (c)

- OR -

_____ General Pretrial/After Initial Case Management Conference held by District Judge

_____ Inquest (After Default)

_____ Contested Damages Hearing

_____ Discovery Motion or other Motion which does not require a report and recommendation (Do not check if assigned for GPT)**

_____ Dispositive Motion (i.e. motion requiring a report and recommendation)

__X__ Discovery Disputes only when District Judge is unavailable (Do not check if assigned for GPT)**

_____ Habeas Corpus

_____ Settlement (Do not check if assigned for GPT)**

_____ Social Security

* Include initials of Magistrate Judge.
** General Pretrial includes supervision of discovery, a motion which does not require a report recommendation and settlement.

Where required pursuant to 28 U.S.C. §636(b) (1) (B) a report and recommendation shall be return to the undersigned within ninety days unless for good cause shown the period is extended by the cou

SO ORDERED. May 31, 2008
DATED: New York, New York

_Loretta A. Preska_
U.S.D.J.