**Jules A. Epstein, P.C.**
ATTORNEY AT LAW
600 OLD COUNTRY ROAD
SUITE 505
GARDEN CITY, NEW YORK 11530
TELEPHONE: (516) 745-1325
FAX: (516) 222-1499
E-MAIL: jaepc1@aol.com / jaepc2@aol.com

June 3, 2008

The Honorable Loretta A. Preska
United States District Court
for the Southern District of NY
500 Pearl Street, Room 1320
New York, NY 10007

        **Re:  Calderon v. The Prudential Insurance, et. al.
             SDNY Case No: 08-cv-1721**

Dear Judge Preska:

    I am the attorney for Orly Calderon, plaintiff in the above matter and a defendant in the companion matter pending under Case No: 08-cv-2841. I write in response to the May 29, 2008 letter by Ryan Cooper, Esq. counsel for Prudential Insurance Company.

    We join in Mr. Cooper's request for a pre-motion conference in this matter.

    Thank you for kind consideration.

                              Respectfully yours,

                              /s/ Jules A. Epstein

                              Jules A. Epstein

cc:  R. Cooper, Esq.
     Deborah Abramovsky
     Avia Abramovsky
     Abba Abramovsky
     Dov Abramovsky
     Ari Abramovsky

C:\Documents and Settings\Nancy\My Documents\WPDOCS\Calderon\DC - 08-2841\Court Ltr - 6-3-08.wpd