Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel:  212.309.6000
Fax:  212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Ryan J. Cooper
Associate
212.309.6671
rcooper@morganlewis.com



May 29, 2008

**VIA FIRST CLASS MAIL**

The Honorable Loretta A. Preska
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY  10007

Re:  *Calderon v. The Prudential Insurance Company of America*, 08-cv-1721

Dear Judge Preska:

This firm represents The Prudential Insurance Company of America ("Prudential") in the above-referenced matter, previously consolidated with *The Prudential Insurance Company of America v. Abramovsky*, 08-cv-2841. I am writing to request a pre-motion conference in advance of filing a motion to interplead funds and discharge the stakeholder Prudential.

Under Federal Rule of Civil Procedure 22, Prudential brought an action to interplead funds it had in its possession and for which it had received competing claims. The funds are life insurance proceeds owed under a group life insurance policy issued to Fordham University, insuring certain employees of Fordham University including one Abraham Abramovsky, now deceased. The other parties to this action have submitted to Prudential competing claims to those funds and Prudential cannot determine the proper beneficiary or beneficiaries without exposing itself to multiple liability. Prudential has conceded that benefits are due and owing under the policy and has been ready and willing to deposit those funds with the Court since the day it filed its Complaint.

Prudential now wishes to move to interplead these funds with the Court and be discharged from this action. Prudential has sought to obtain the parties' consent in an effort to avoid unnecessary motion practice. Counsel for Orly Calderon has consented and will not oppose this motion; the remaining parties have refused. We are available at the Court's convenience for a pre-motion conference on this matter.

Respectfully submitted,

Ryan J. Cooper

*Counsel may proceed with the proposed motion and shall inform the court by letter of the proposed briefing schedule.*

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 9, 2008

New York   Philadelphia   Washington   Los Angeles   San Francisco   Miami   Pittsburgh   Princeton   Chicago   Minneapolis
1-NY/2318870      Palo Alto   Dallas   Houston   Harrisburg   Irvine   Boston   London   Paris   Brussels   Frankfurt   Beijing   Tokyo



The Honorable Loretta A. Preska
May 29, 2008
Page 2

cc:     Jules A. Epstein, Counsel for Orly Calderon
        Deborah Abramovsky
        Aviva Abramovsky
        Abba Abramovsky
        Dov Abramovsky
        Ari Abramovsky

1-NY\2318870