## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 17, 2008, a true and correct copy of (1) The Prudential Insurance Company of America's Notice of Motion to Discharge Stakeholder and For Attorneys' Fees and Costs; (2) Memorandum of Law in Support of the Prudential Insurance Company of America's Motion to Discharge Stakeholder and For Attorneys' Fees and Costs; (3) Certification of Ryan J. Cooper; and (4) proposed Order were served via first-class mail, upon the following:

| | |
|---|---|
| Jules A. Epstein, Esq.<br>Jules A. Epstein, P.C.<br>600 Old Country Road, Suite 505<br>Garden City, New York 11530 | Douglas J. Lerose, Esq.<br>445 Broadhollow Road, Suite 200<br>Melville, NY 11747-3669 |

                                                  s/ Ryan J. Cooper
                                                  Ryan J. Cooper