```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Orly Calderon,                      :
                                    :   08 Civ. 1721 (LAP)
                    Plaintiff,      :
                                    :
        -against-                   :   ORDER OF CONFERENCE
                                    :
The Prudential Insurance Company, et al. :
                                    :
                    Defendants.     :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

It is hereby

ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on September 11, 2008 at 9:00 a.m. for a conference in the above action.

SO ORDERED

August 7, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

_Loretta A. Preska_
LORETTA A. PRESKA, U.S.D.J.