AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                                           New York
                    DISTRICT OF

**APPEARANCE**

Calderon v. The Prudential                Case Number: 08-CV-1721
Insurance Company, et al.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Aviva Abramovsky

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| August 12, 2008 | *[signature]* |
| Date | Signature |
| | Eugene R. Anderson |
| | Print Name / Bar Number |
| | Anderson Kill & Olick, P.C. |
| | 1251 Avenue of the Americas |
| | Address |
| | New York / New York / 10020 |
| | City / State / Zip Code |
| | 212-278-1000 / 212-278-1733 |
| | Phone Number / Fax Number |

NYDOCS1-898024.1