AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     NEW YORK

**APPEARANCE**

Calderon v. The Prudential Insurance Company, et al.

Case Number: 08-CV-1721 (LAP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

    Abba Abramovsky

    Ari Abramovsky

    Dov Abramovsky

I certify that I am admitted to practice in this court.

August 21, 2008
Date

Signature
Eugene R. Anderson

Print Name     Bar Number
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
Address

New York     NY     10020
City     State     Zip Code

212-278-1000     212-278-1733
Phone Number     Fax Number

NYDOCS1-898024.1