Law Offices of
**DOUGLAS J. LEROSE**
445 Broad Hollow Road, Suite 200
Melville, New York 11747
(631) 249-8200
Fax (631) 249-8209

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2008
```

August 20, 2008

**MEMO ENDORSED**

VIA FAX TRANSMISSION – 212 805-7941

The Honorable Loretta A. Preska
United States District Court
 For the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, room 1320
New York, New York 10007-1312

Re: *Calderon v The Prudential Insurance Company of America, No. 08-cv-1721*
    *Prudential Insurance Company v Deborah Abramovsky, et al 08-CV-2841*

Dear Judge Preska:

Due to my travel schedule out of the State of New York, I was not able to timely file Objections to the pending motion. Objections were to have been filed by August 18, 2008, and I am therefore requesting an extension to file the Objections to August 27, 2008.

If the court permits this extension of time, I will certainly consent to any additional time periods for my adversary's Replies.

Respectfully submitted,

*Douglas J. Lerose*
DOUGLAS J. LEROSE

DJL:jr
cc: Ryan J. Cooper, Esq.
    Morgan Lewis & Bockius LLP

    Jules A. Epstein, PC

SO ORDERED: AUG 21 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Part I