Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



# Morgan Lewis
COUNSELORS AT LAW

Ryan J. Cooper
Associate
212.309.6671
rcooper@MorganLewis.com

August 22, 2008

**VIA FACSIMILE**

The Honorable Loretta A. Preska
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

Re:   *Orly Calderon v. The Prudential Insurance Company of America*, 08-cv-1721

Dear Judge Preska:

This firm represents The Prudential Insurance Company of America ("Prudential") in the above referenced matter. Currently pending before the Court is Prudential's motion for discharge and for attorneys' fees and costs. Orly Calderon filed her partial opposition to that motion on August 12, 2008, and, under the agreed briefing schedule, Prudential is to file its reply on or before Monday, August 25, 2008.

In light of the Court's grant of Mr. Lerose's request for an extension of time in which to file his opposition, Prudential requests the opportunity to address both responses in a single reply. Accordingly, Prudential respectfully requests an enlargement of time to September 2, 2007, to file its reply. Prudential is prepared to reply to Calderon's partial opposition on August 25, 2008, if that is the Court's preference.

Respectfully submitted,

Ryan J. Cooper

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Aug. 25, 20

cc:   Jules A. Epstein, Esq.
      Eugene R. Anderson, Esq.
      Douglas J. Lerose, Esq.