UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/08

- - - - - - - - - - - - - - - - - -X
                                     :
ORLY CALDERON, et al.,               :        08 Civ. 1721 (LAP)
                                     :
                   Plaintiffs,       :           ORDER
                                     :
          v.                         :
                                     :
THE PRUDENTIAL INSURANCE             :
COMPANY, et al.,                     :
                                     :
                   Defendants.       :
                                     :
- - - - - - - - - - - - - - - - - -X

LORETTA A. PRESKA, U.S.D.J.

        The Court is in receipt of Mr. Anderson's letter of July 31,
2008, in which he states his intention "to file a counterclaim
against Prudential and a claim against its counsel for wrongful
litigation."  Mr. Anderson shall inform the Court and all counsel by
letter no later than the close of business on Monday, September 8,
2008, of the nature of these claims, including but not limited to
the legal bases upon which he purports to ground such claims and the
procedural vehicle by which he intents to assert those claims.  Any
response from opposing counsel shall be delivered to the Court by
letter no later than 3:00 p.m. on Wednesday, September 10, 2008.

SO ORDERED:
DATED:    New York, New York
          September 4, 2008

                                   _____
                                   LORETTA A. PRESKA, U.S.D.J.